# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Kerry C. Battle**
    Debtor

Case No.:   09–12244–SDB

Judge:   Susan D. Barrett

Chapter:   13

<u>**ORDER DISMISSING CASE**</u>
<u>**FOR FAILURE TO COMPLY WITH COURT'S ORDER**</u>

The court, on its own motion and pursuant to §105 of the Bankruptcy Code, does hereby dismiss the captioned case by reason of debtor's failure to comply with the court's order of May 21, 2010 .

All stays are lifted and creditors are at liberty to pursue their legal remedies.



Susan D. Barrett
United States Bankruptcy Judge
PO Box 1487
Augusta, GA 30903

Dated **October 8, 2013**

*13–10[Rev. 07/05]* **VW**